if for no other reason, because it did not show the names of the persons to whom the selling took place, or show them to be unknown.

Nov. Term, 1853.

NEILSON
v.
LAGOW.

*Per Curiam.*—The judgment is affirmed.

*L. Reilly*, for the state.

*W. F. Lane*, for the defendant.

---

THE STATE *v.* BOYLE and Another.

APPEAL from the *Tippecanoe* Court of Common Pleas. *Per Curiam.*—The judgment in this case is affirmed for the reasons given in *The State* v. *Lockstand, ante*, p. 554. (1)

*Saturday, December 31.*

*L. Reilly*, for the state.

*W. F. Lane* and *W. C. Wilson*, for the appellee.

(1) The judgment in another case of *The State* v. *Boyle et al.* was on this day affirmed, for the reasons given in this case.

---

NEILSON and Others *v.* LAGOW.

The Bank of *Vincennes* conveyed a tract of land to certain persons in trust to sell, under the direction and for the benefit of the *United States*, and to convey the same in fee simple to the purchaser and his heirs; but the deed did not, in terms, convey the land to the trustees and their "heirs." *Held*, notwithstanding, that the deed passed the fee to the trustees.